| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Frank Dean Deti** <br> First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | **Deidre Ann May-Deti** <br> First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ford Motor Credit** <br> Description of property securing debt: **2017 Ford Ford F150** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Retain and pay** | ■ No <br> ☐ Yes |
| Creditor's name: **Ford Motor Credit Co** <br> Description of property securing debt: **2016 Ford Mustang** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| Creditor's name: **Harley Davidson Cr ESB** <br> Description of property: **2017 Harley Davidson Road Glide 107 ci** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ☐ No <br> ■ Yes |

Official Form 108     **Statement of Intention for Individuals Filing Under Chapter 7**     page 1

Debtor 1    **Deti, Frank Dean & May-Deti, Deidre Ann**     Case number *(if known)*
Debtor 2

securing debt:    **Retain and pay**

| | | |
|---|---|---|
| Creditor's name: | **New Rez LLC** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it. |
| | | ☐ Retain the property and enter into a *Reaffirmation*    ■ Yes |
| | |     *Agreement.* |
| Description of property | **3601 Pullman Dr, Sacramento, CA 95827-3737** | ■ Retain the property and [explain]: |
| securing debt: | | **Retain and pay** |

| | | |
|---|---|---|
| Creditor's name: | **Wells Fargo Dealer Svc** | ☐ Surrender the property.    ☐ No |
| | | ☐ Retain the property and redeem it. |
| | | ☐ Retain the property and enter into a *Reaffirmation*    ■ Yes |
| | |     *Agreement.* |
| Description of property | **2008 Honda Civic** | ■ Retain the property and [explain]: |
| securing debt: | | **Retain and pay** |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:    **Ford Motor Credit Comp** | ■ No |
| | ☐ Yes |
| Description of leased Property:    **Installment account opened 3/1/2017**    **Credit Limit: $17,703.00, Remaining Balance: $4,768.00** | |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ Frank Deti**                            X    **/s/ Deidre A. May-Deti**
     **Frank Dean Deti**                                **Deidre Ann May-Deti**
     Signature of Debtor 1                                Signature of Debtor 2

Date    **August 28, 2019**                       Date    **August 28, 2019**